**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 04-7514**

───────────────

BRUCE E. KENNEY; MILTON TOWNSEND,

                                    Plaintiffs - Appellants,

        and

JAMES W. TAYLOR,

                                    Plaintiff,

        versus

ALTON BASKERVILLE, Warden; THOMAS F. NEUMAYER;
DOROTHY COLLINS, Chief, Operations of
Classification & Records Unit; SHANDA DAWKINS,
Senior Counselor/Program Supervisor; P.E.
ANDERSON, Corporal, Correctional Officer; P.M.
HENICK, Regional Ombudsman; SARGEANT LEE;
OFFICER WEST, CAPTAIN SCOTT; OFFICER MULLINS;
LIEUTENANT BEST; MIKE MORLEY, Chaplain,

                                    Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge. (CA-03-549)

───────────────

Submitted: August 25, 2005          Decided: August 30, 2005

───────────────

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

Bruce E. Kenney, Milton Townsend, Appellants Pro Se.  Susan Foster Barr, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bruce E. Kenney and Milton Townsend seek to appeal the district court's order dismissing several claims and defendants in their 42 U.S.C. § 1983 (2000) action. The order did not dismiss all parties and claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000). See Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Kenney and Townsend seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED